STATE OF NEW JERSEY v. JOSEPH N. PEPPE.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FLOYD BOONE.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF W. C.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. PATSY NAPATANO.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROSA LEE PRIESTER.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. THERMOND WILLIAMS.

June 15, 1976. Petition for certification denied.